IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD LEE TUBBS,

        Petitioner,

  v.

BOARD OF PRISON TERMS,

        Respondent.
                                 /

No. CV-07-5206 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant petition is hereby DISMISSED without prejudice to petitioner's filing a new federal habeas petition once he has exhausted his state remedies by presenting his claims to the highest state court.

Dated: November 16, 2007                            Richard W. Wieking, Clerk

                                                              By: Tracy Lucero
                                                                 Deputy Clerk